# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| DEANA HOSIE, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) No: |
| | ) |
| GPI RESORT HOLDINGS, LLC, | ) |
| OMNI GROVE PARK, LLC, KSL GPI | ) |
| MANAGEMENT LLC, and OMNI HOTELS | ) |
| MANAGEMENT CORPORATION, | ) |
| | ) |
| *Defendant*. | ) |
| | ) |

**AFFIDAVIT**

STATE OF TEXAS
CITY OF DALLAS: to wit

THIS DAY, the undersigned affiant personally appeared before me a Notary Public, in and for the State of Texas, and upon being duly sworn, deposes and says that he is a duly authorized Agent of the defendants GPI Resort Holdings, LLC, Omni Grove Park, LLC and Omni Hotels Management Corporation in the above entitled action, and having personal knowledge of the facts hereinafter set forth states as follows:

1. My name is Jeremy Williams. I am over the age of twenty-one (21) and I am fully competent to make this Affidavit. All of the facts stated herein are true and correct and are based upon my personal knowledge, which I have gained by virtue of my employment as Vice President and Senior Counsel for TRT Holdings, Inc., the ultimate parent company of Omni Grove Park, LLC, GPI Resort Holdings, LLC, OHO Corporation, and Omni Hotels Management Corporation (collectively, "Omni"). As Vice-President and Senior Counsel, I am actively involved in Omni's litigation and arbitration matters.

Page **1** of **2**

2. At all relevant times hereto, including at the time of filing of Plaintiff's Complaint in state court and at the time of removal, defendant GPI Resort Holdings, LLC was a limited liability company with one member: Omni Grove Park, LLC.

3. At all relevant times hereto, including at the time of filing of Plaintiff's Complaint in state court and at the time of removal, defendant Omni Grove Park, LLC was a limited liability company with one member: OHO Corporation.

4. At all relevant times hereto, including at the time of filing of Plaintiffs' Complaint in state court and at the time of removal, OHO Corporation and defendant Omni Hotels Management Corporation were and still are Delaware corporations with their principal places of business in Dallas, Texas.

_____
Jeremy Williams
Vice President & Senior Counsel

Sworn and Subscribed to before me this 9 day of December 2020.

_____
Notary Public

My commission expires: 4/12/21

Notary Registration Number: 13108690-1

ANNE MARIE MILLS
NOTARY PUBLIC
STATE OF TEXAS
NOTARY ID# 13108690-1
MY COMM. EXP. 04/12/2021