IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil Action No.: 1:20cv00374-MR-DSC

| | | |
|---|---|---|
| DEANA HOSIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| GPI RESORT HOLDINGS LLC | ) | |
| et.al., | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

THIS MATTER is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Stephen Setliff and Jason Mackey]" (documents ##9-10) filed January 15, 2021. For the reasons set forth therein, the Motions will be granted

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Martin Reidinger.

**SO ORDERED**.

Signed: January 15, 2021

David S. Cayer
United States Magistrate Judge