IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil Action No.: 1:20cv00374-MR-DSC

| | |
|---|---|
| DEANA HOSIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| GPI RESORT HOLDINGS, LLC, ) | |
| OMNI GROVE PARK, LLC, KSL ) | |
| GPI MANAGEMENT, LLC, and ) | |
| OMNI HOTELS MANAGEMENT ) | |
| CORPORATION, ) | |
| Defendants. ) | |

THIS MATTER is before the Court on the Defendants' Motion for the admission of Allison F. Rienecker as counsel *pro hac vice*. Upon careful review and consideration, the Court will allow the Motion.

IT IS THEREFORE ORDERED that the Defendants' Motion is ALLOWED, and Allison F. Rienecker is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**SO ORDERED**.

Signed: February 3, 2021

David S. Cayer
United States Magistrate Judge